**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JONATHAN PALOZIE, Inmate #11882-014,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-458-MJR** |
| ) | |
| **B.A. BLEDSOE and THE BUREAU OF PRISONS,** ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

On June 15, 2006, this action was transferred to this district, where Petitioner is incarcerated at the United States Penitentiary in Marion, Illinois, from the United States District Court for the District of Connecticut. Petitioner seeks habeas corpus relief pursuant to 28 U.S.C. § 2241, arguing that the Bureau of Prisons has improperly calculated his sentence, specifically by failing to credit time he spent in jail. Currently pending before the Honorable Judge James L. Foreman in this district is an identical case in which Plaintiff seeks, pursuant to 28 U.S.C. § 2241, the same remedy based on the same argument. *See Palozie v. Bledsoe*, Case No. 06-385-JLF (S.D. Illinois, filed May 17, 2006). As such, the instant case is needlessly duplicative.

Accordingly, this action is **DISMISSED** with prejudice. *Plaintiff is advised that he should file any and all documents pertaining to this claim in Case No. 06-385-JLF.*

**IT IS SO ORDERED.**

**DATED this 23rd day of June, 2006.**

                                           **s/ Michael J. Reagan**
                                           **MICHAEL J. REAGAN**
                                           **United States District Judge**